**UNITED PROPERTIES CO. OF CALIFORNIA et al. v. BURKHARDT**
(two cases).

(Circuit Court of Appeals, Ninth Circuit. August 1, 1921.)

Nos. 3191, 3193.

In Error to the District Court of the United States for the Second Division of the Northern District of California.

Actions at law by Edmund J. Burkhardt against the United Properties Company of California. Judgments for plaintiff, and defendant and others, trustees, bring error. Affirmed.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

PER CURIAM. Upon the authority of United Properties Co. of California et al., plaintiffs in error, v. Mary Ellen Kibbe, defendant in error, No. 3192, 274 Fed. 757, just decided, the judgment in each of the above-entitled cases is affirmed.